1  AARON D. FORD
    Attorney General
2  SAMUEL L. PEZONE, JR. (Bar No. 15978)
    Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  (702) 486-4070 (phone)
   (702) 486-3768 (fax)
6  Email: spezone@ag.nv.gov

7  *Attorneys for Defendants*

8  ## UNITED STATES DISTRICT COURT

9  ## DISTRICT OF NEVADA

10 IN RE KEITH WILLIAM SULLIVAN
   CASES

   Case No's. 3:24-cv-00546-ART-CSD
              3:25-cv-00165-MMD-CSD
              3:25-cv-00231-ART-CSD
              3:25-cv-00235-ART-CSD
              3:25-cv-00236-MMD-CLB
              3:25-cv-00237-ART-CSD
              3:25-cv-00330-MMD-CSD
              3:24-cv-00595-ART-CLB
              3:25-cv-00116-MMD-CLB
              3:25-cv-00120-ART-CLB
              2:23-cv-01203-JAD-NJK
              3:24-cv-00547-MMD-CLB
              3:25-cv-00398-ART-CLB
              3:25-cv-00318-ART-CSD
              3:25-cv-00458-MMD-CSD
              3:25-cv-00466-ART-CSD
              3:25-cv-00526-MMD-CLB
              2:23-cv-00869-GMN-DJA

   ORDER GRANTING STIPULATION
   FOR DISMISSAL WITH PREJUDICE

Plaintiff, Keith W. Sullivan, pro se, and Defendants, Heather, Ramirez, Nethanjah Breitenbach, Bradly Kratz, Wayne Wilson, Roland Oliver, McCormack, CERT Member, Kenneth Williams, Leilani Flores, Erin, Marcus Dasi, Gutierez, Howerton, C. Meeks, James Dzurenda, Kara LeGrand, Daniel Collier, Bobby Preston, Ekeberry, Charles Reeder, Daniel Omler, Smith, C.E.R.T Members, NNCC Nurses, Medina-Hernandez, Bryan Shields, Carrie, Voss, John Henley, Robert Hartman, Marcus Dasi, Howerton, Gutierez, C. Meeks, Clark, Bobby Preston, Marks, Malay, Wilcox, Dawn Bequette, Leona Bianchi, Jennifer Kaufman, Mikal, Dante, Adams, Chambers, Meeks, Doctor Lovelock Correctional

1  Center, Marks, Erin, Gabriela Najera, Symour Omandac, Stacy Perkins, Brian Williams, Hurtado, James

2  Brady, Davis, David Tolotti, Shelly Conlin, Bernard Brady, Travis Fratis, NDOC Staff Unknown, All

3  other listed Defendants and Kyle Day, hereby stipulate that the above-captioned cases are dismissed with

4  prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each

5  party to bear their own costs.

6  DATED this 21st day of October, 2025.          DATED this 21st day of October, 2025.

7                                                  AARON D. FORD
                                                   Attorney General
8
   By:                                             By: /s/ Samuel L. Pezone, Jr.
9  Keith W. Sullivan #92630                        Samuel L. Pezone, Jr. (Bar No. 15978)
   Plaintiff, Pro se                               Deputy Attorney General
10                                                 Attorneys for Defendants

11

12                         IT IS SO ORDERED

13

14
   DATED this 4th day of December, 2025.
15

16

17                         Miranda M. Du, U.S. District Judge

18

19

20

21

22

23

24

25

26

27

28